

**09-CV-05210-ORD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHANIEL B. WASHINGTON,<br><br>               Plaintiff,<br>v.<br><br>C/O PERRY, *et al.*,<br><br>               Defendants. | No. C09-5210 FDB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING ACTION FOR FAILURE TO STATE A CLAIM** |

    The Magistrate Judge recommends this prisoner civil rights action be dismissed without prejudice for failure to state. Plaintiff has not filed objections to the Report and Recommendation. As detailed by the Magistrate Judge, Mr. Washington was carefully instructed as to the elements of a 42 U.S.C. § 1983 action and given ample opportunity to amend his complaint to state a cognizable claim. Construing his amended complaint in the light most favourable to Plaintiff, and resolving all doubts in his favour, it is evident that he has failed to state a claim upon which relief can be granted and further amendment would be futile.

    The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    This action is **DISMISSED without prejudice** prior to service for failure to state a claim. **This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g);** and

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

DATED at Tacoma, Washington this 19 day of August, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 2