# United States District Court

WESTERN DISTRICT OF WASHINGTON

NATHANIEL B. WASHINGTON,

    PLAINTIFF,

        v.

C/O PERRY, et al.,

    DEFENDANTS,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5210FDB

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X____ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

This action is DISMISSED without prejudice prior to service for failure to state a claim. This dismissal counts as a strike pursuant to 28 U.S.C. § 1915 (g).

August 20, 2009                                                                    BRUCE RIFKIN

                                                                                                      Clerk

                                                                                                      /s/ Pat LeFrois

                                                                                                      Deputy Clerk